**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of __Texas_____
(State)

Case number (*If known*): 26-[____]_____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lux Vending Kiosk, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 9 9 – 4 2 4 0 0 3 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8601   Dunwoody Place<br>Number   Street | 2870   Peachtree Road<br>Number   Street |
| Suite 308 | #327<br>P.O. Box |
| Sandy Springs   GA   30350<br>City   State   ZIP Code | Atlanta   GA   30305<br>City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County<br>County | |
| | Number   Street |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)     https://bitcoindepot.com/

Debtor    <u>Lux Vending Kiosk, LLC</u>    Case number *(if known)* 26-[___]
<small>Name</small>

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>2</u>  <u>3</u>  <u>9</u>

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
MM / DD / YYYY

District _____   When _____   Case number _____
MM / DD / YYYY

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page **2** |
| --- | --- | --- |

Debtor    Lux Vending Kiosk, LLC
_____
        Name

Case number (*if known*) 26-[____] _____

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes.   Debtor   See Rider 1 _____   Relationship _____

    District _____   When _____
                                                        MM / DD / YYYY

    Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No See Rider 2.

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that appl*y.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                              Number        Street

    _____

    _____     _____ _____
    City                                  State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

---

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

14. **Estimated number of creditors**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

---

Debtor  __Lux Vending Kiosk, LLC_____   Case number *(if known)* 26-[____]_____
         <sub>Name</sub>

| **15. Estimated assets** | ☑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

| **16. Estimated liabilities** | ☑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/18/2026__
            <sub>MM  / DD / YYYY</sub>

✖ /s/ W. Alexander Holmes_____          W. Alexander Holmes_____
<sub>Signature of authorized representative of debtor</sub>          <sub>Printed name</sub>

Title __Manager_____

**18. Signature of attorney**

✖ /s/ Paul E. Heath_____          Date __05/18/2026__
<sub>Signature of attorney for debtor</sub>                <sub>MM    / DD / YYYY</sub>

Paul E. Heath_____
<sub>Printed name</sub>
Vinson & Elkins LLP_____
<sub>Firm name</sub>
845        Texas Avenue, Suite 4700_____
<sub>Number        Street</sub>
Houston_____          TX_____   77002_____
<sub>City</sub>                          <sub>State</sub>       <sub>ZIP Code</sub>

713.758.2222_____          pheath@velaw.com_____
<sub>Contact phone</sub>                <sub>Email address</sub>

09355050_____          TX_____
<sub>Bar number</sub>                          <sub>State</sub>

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the
<u>Debtor in the United States Bankruptcy Court for the Southern District of Texas</u>**

| |
|---|
| Bitcoin Depot Inc. |
| BCD Merger Sub LLC |
| Bitcoin Depot Operating LLC |
| BT HoldCo LLC |
| BTM International Holdings 1 LLC |
| BTM International Holdings II LLC |
| Cash Ramp LLC |
| Digital Gold Ventures Inc. |
| Express Vending Inc. |
| Intuitive Software LLC |
| Kiosk HoldCo LLC |
| Kiosk Technicians, LLC |
| Kutt, Inc. |
| Lux Vending Kiosk, LLC |
| MCA Services Group, LLC |
| Mintz Assets, Inc. |

**Rider 2**

**Real Property or Personal Property That Needs Immediate Attention**

Question 12, among other things, asks debtors to identify any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

Bitcoin Depot Inc. and its affiliated companies that are also filing voluntary chapter 11 bankruptcy cases in this Court (collectively, the "*Debtors*") own and operate the largest network of Bitcoin kiosks across North America, providing users with a means of converting cash into Bitcoin. The Debtors' portfolio consists of approximately 9,700 kiosks deployed in retailer locations throughout the United States and Canada. The Debtors also sell cryptocurrency to consumers through its BDCheckout product offering. The Debtors do not believe they own or possess any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety. The Debtors note that they are not aware of any definition of "imminent and identifiable" harm as used in this form.

*EXECUTION VERSION*

**OMNIBUS ACTION BY WRITTEN CONSENT OF**

**THE BOARDS OF DIRECTORS OF**
**KUTT, INC.**
**MINTZ ASSETS, INC.**
(the "**Corporation Companies**")

**AND**

**THE SOLE MEMBERS OF**
**BITCOIN DEPOT OPERATING LLC**
**BT HOLDCO LLC**
**BTM INTERNATIONAL HOLDINGS 1 LLC**
**BTM INTERNATIONAL HOLDINGS II LLC**
**CASH RAMP LLC**
**INTUITIVE SOFTWARE LLC**
**KIOSK HOLDCO LLC**
**KIOSK TECHNICIANS, LLC**
(the "**Member-Managed Companies**")

**AND**

**THE MANAGERS OF**
**BCD MERGER SUB LLC**
**MCA SERVICES GROUP, LLC**
**LUX VENDING KIOSK, LLC**
(the "**Manager-Managed Companies**" and, together with the Corporation Companies and
the Member-Managed Companies, the "**Companies**")

**May 17, 2026**

The undersigned being:

(a) All of the members of the board of directors of Kutt, Inc., a Delaware corporation
("***Kutt***");

(b) All of the members of the board of directors of Mintz Assets, Inc., a Georgia
corporation ("***Mintz Assets***");

(c) The managing member of Intuitive Software LLC, a Delaware limited liability
company (being Bitcoin Depot Operating LLC, a Delaware limited liability company
("***Bitcoin Operating***"));

(d) All of the managers of (i) BCD Merger Sub LLC, a Delaware limited liability
company ("***BCD Merger Sub***"), (ii) MCA Services Group, LLC, a Delaware limited
liability company, and (iii) Lux Vending Kiosk, LLC, a Delaware limited liability
company;

4902-9115-3580

(e) The sole member of Bitcoin Operating (being Kiosk HoldCo LLC, a Delaware limited liability company ("*Kiosk HoldCo*"));

(f) The sole member of Kiosk HoldCo (being BT HoldCo LLC, a Delaware limited liability company ("*BT HoldCo*"));

(g) The sole member of BT HoldCo (being BCD Merger Sub);

(h) The sole member of Cash Ramp, LLC, a Delaware limited liability company (being Kiosk HoldCo);

(i) The sole member of BTM International Holdings 1 LLC, a Delaware limited liability company (being Mintz Assets);

(j) The sole member of BTM International Holdings II LLC, a Delaware limited liability company (being Mintz Assets); and

(k) The sole member of Kiosk Technicians, LLC, a Delaware limited liability company (being Mintz Assets) (the governing bodies set forth in (a) through (k), collectively, the "*Consenting Bodies*");

acting by written consent in lieu of a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act (with respect to the Member-Managed Companies and the Manager-Managed Companies), Section 228(a) of the Delaware General Corporation Law (with respect to Kutt) and Section 14-2-821 of the Georgia Business Corporation Code (with respect to Mintz Assets), hereby take the following actions by unanimous written consent of such Consenting Body with respect to each Company, which actions shall have the same force and effect as if adopted at a duly called and held meeting of each such Consenting Body.

**WHEREAS**, the Consenting Bodies have studied and considered the financial condition of the Companies, including the Companies' immediate liquidity needs, liabilities, contractual obligations, the short-term and long-term prospects available to the Companies, the strategic alternatives available to the Companies and the related circumstances and situation, including the current and reasonably foreseeable future conditions of the industry in which the Companies operate;

**WHEREAS**, the Consenting Bodies have consulted with the Companies' financial and legal advisors and considered a variety of strategic alternatives available to the Companies;

**WHEREAS**, the Consenting Bodies have determined that it is advisable and in the best interests of each Company to (i) file for immediate protection under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and (ii) file or cause to be filed voluntary petitions for relief (the "*Chapter 11 Petitions*," and the cases commenced thereby, the "*Chapter 11 Cases*") pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, or another appropriate court (the "*U.S. Bankruptcy Court*"), and any and all documents necessary or convenient to effect, cause, or to promote the Chapter 11 Cases;

2

4902-9115-3580

**WHEREAS**, pursuant to a unanimous written consent duly adopted on May 14, 2026, the board of directors of Bitcoin Depot Inc. established a special committee (the "***Restructuring Committee***") for the purposes of, among other things, (i) engaging in an evaluation of the Companies' strategic alternatives, including without limitation, a potential sale of all or substantially all of the assets of the Companies, a recapitalization or restructuring of the Companies' outstanding indebtedness, a restructuring or liquidation of the Companies under chapter 11 of the Bankruptcy Code, and/or other transactions and (ii) considering and authorizing certain conflict matters;

**WHEREAS**, the Restructuring Committee has reviewed and considered the need for the Chapter 11 Cases and has (x) determined that it is advisable, fair to, and in the best interests of the Companies to approve the filing of the Chapter 11 Cases and (y) recommended that the Consenting Bodies pursue, adopt and approve the filing of the Chapter 11 Cases; and

**WHEREAS**, after review of (i) the financial condition of the Companies, the current and reasonably foreseeable future conditions of the industry in which the Companies operate, the outlook for the Companies' businesses and the other alternatives available to the Companies, (ii) the liquidity position of the Companies, and (iii) such other considerations as the Consenting Bodies deem relevant, the Consenting Bodies, following consultation with the financial and legal advisors to the Companies, have determined that it is advisable and in the best interests of each Company to pursue the Chapter 11 Cases, as approved in this written consent.

## *Chapter 11 Filing*

**NOW, THEREFORE, BE IT RESOLVED**, that each Consenting Body hereby determines that it is advisable and in the best interest of the respective Company to file the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes each respective Company to file or cause to be filed the Chapter 11 Petitions pursuant to chapter 11 of the Bankruptcy Code with the U.S. Bankruptcy Court;

**FURTHER RESOLVED,** that each Consenting Body hereby authorizes and empowers each duly appointed manager or officer of each Company (each an "***Authorized Officer***" and, collectively, the "***Authorized Officers***"), to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court on behalf of each Company, the Chapter 11 Petitions, in such form as prescribed by the official forms promulgated pursuant to the Bankruptcy Code;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to execute, deliver, and file or cause to be filed with the U.S. Bankruptcy Court all papers, motions, applications, schedules, and pleadings necessary, appropriate, or convenient to facilitate the Chapter 11 Cases and all of its matters and proceedings, and any and all other documents necessary, appropriate, or convenient in connection with the commencement or prosecution of the Chapter 11 Cases, each in such form or forms as the Authorized Officer may approve, and subject to further Consenting Body approvals as the Companies and their counsel determine to be appropriate under the circumstances;

3

4902-9115-3580

### *Retention of Professionals*

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Vinson & Elkins L.L.P. ("***V&E***") as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, including filings and pleadings, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage V&E for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of V&E;

**FURTHER RESOLVED**, that the Consenting Bodies hereby approve the Companies' engagement of Triple P TRS, LLC and Triple P Securities, LLC (together, "***Portage Point***") as financial advisor to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Portage Point for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Portage Point;

**FURTHER RESOLVED**, that each Consenting Body hereby approves the Companies' engagement of Kroll Restructuring Administration LLC ("***Kroll***") as notice, claims, and solicitation agent to represent and assist the Companies in carrying out their duties under the Bankruptcy Code in the U.S. Bankruptcy Court, and to take any and all actions to advance the Companies' rights and obligations, is hereby approved, and each Authorized Officer is hereby authorized and empowered to take such actions as may be required to so engage Kroll for such purposes; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Kroll;

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer to employ any other professionals to assist the Companies in carrying out their duties under the Bankruptcy Code; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and empowered to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

### *General*

**FURTHER RESOLVED**, that each Consenting Body hereby authorizes and empowers each Authorized Officer, on behalf of each Company, to certify and attest to any documents that he or she may deem necessary, appropriate, or convenient to consummate any transactions

4

4902-9115-3580

necessary to effectuate the foregoing resolutions; *provided*, such attestation shall not be required for the validity of any such documents;

**FURTHER RESOLVED**, that any and all actions heretofore or hereafter taken by the Authorized Officers, or any of them, within the foregoing resolutions, are, and each of them is, hereby ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Officers are, and each of them is, hereby authorized and empowered in the name and on behalf of each Company, to execute and deliver such agreements, instruments and documents, and to take or cause to be taken such other actions, as such Authorized Officer or Authorized Officers may determine to be necessary or advisable to implement the purposes and intent of the foregoing resolutions; each such agreement, instrument and document to be in such form and to contain such terms and conditions, consistent with the foregoing resolutions, as such Authorized Officer or Authorized Officers executing the same may approve, the execution and delivery of any such agreement, instrument or document by any such Authorized Officer or the taking of such action to be conclusive evidence of such authorization and approval;

**FURTHER RESOLVED**, that this consent may be executed and delivered by facsimile, .pdf or other electronic means, and such execution shall be considered valid, binding and effective for all purposes; and

**FURTHER RESOLVED**, that this consent may be executed and delivered in one or more counterparts, all of which taken together shall be considered to be one and the same written consent.

[*The remainder of this page is intentionally blank.*]

5

4902-9115-3580

IN WITNESS WHEREOF, the undersigned, being the sole or managing member, as applicable, of each Member-Managed Company, has executed this written consent effective as of the date first written above.

BITCOIN DEPOT OPERATING LLC

By: Kiosk HoldCo LLC, its sole member

By: BT HoldCo LLC, its sole member

By: BCD Merger Sub LLC, its sole member

By: Bitcoin Depot Inc., its sole member

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

BT HOLDCO LLC

By: BCD Merger Sub LLC, its sole member

By: Bitcoin Depot Inc., its sole member

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

CASH RAMP LLC

By: Kiosk HoldCo LLC, its sole member

By: BT HoldCo LLC, its sole member

By: BCD Merger Sub LLC, its sole member

By: Bitcoin Depot Inc., its sole member

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**INTUITIVE SOFTWARE LLC**

**By: Bitcoin Depot Operating LLC, its managing member**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**KIOSK HOLDCO LLC**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**KIOSK TECHNICIANS, LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _Christopher Ryan_____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**BTM INTERNATIONAL HOLDINGS 1 LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary


**BTM INTERNATIONAL HOLDINGS II LLC**

**By: Mintz Assets, Inc., its sole member**

**By: Bitcoin Depot Operating LLC, its sole stockholder**

**By: Kiosk HoldCo LLC, its sole member**

**By: BT HoldCo LLC, its sole member**

**By: BCD Merger Sub LLC, its sole member**

**By: Bitcoin Depot Inc., its sole member**

By: _____
Name: Christopher Ryan
Title: General Counsel and Corporate Secretary

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the managers of each Manager-Managed Company, has executed this written consent effective as of the date first written above.

**BCD MERGER SUB LLC**
**MCA SERVICES GROUP, LLC**
**LUX VENDING KIOSK, LLC**


By: _____
Name: W. Alexander Holmes
Title: Manager


By: _____
Name: W. Alexander Holmes
Title: Manager

4902-9115-3580

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the board of directors of Kutt, Inc., has executed this written consent effective as of the date first written above.

**KUTT, INC.**

Signed by:

C5DA87536D2842C...

W. Alexander Holmes

10

**IN WITNESS WHEREOF**, the undersigned, being the sole member of the board of directors of Mintz Assets, Inc., has executed this written consent effective as of the date first written above.

**MINTZ ASSETS, INC.**

Signed by:

C5DA87536D2842C...

W. Alexander Holmes

4902-9115-3580

**Fill in this information to identify the case:**

Debtor name: Bitcoin Depot Inc. et al.

United States Bankruptcy Court for the Southern District of Texas

Case number (if known): 26-_____ ( )

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | CASHCLOUD ATTN: THOMAS CONWAY 400-411 ROOSEVELT AVENUE OTTAWA, ON K2A 3X9 CANADA | ATTN: THOMAS CONWAY EMAIL: TCONWAY@CONWAYLITIGATION.CA PHONE NUMBER: 613-780-2011 | LEGAL JUDGEMENT | D | | | $18,470,000.00 |
| 2 | WPS KIOSK PARTNERS LLC ATTN: WILLIAM SIRIGNANO 135 W 50TH ST SUITE 200 NEW YORK, NY 10020 | ATTN: WILLIAM SIRIGNANO EMAIL: W@WPSCAPITALPARTNERS.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $5,000,000.00 |
| 3 | LEGACY VENDING, LLC ATTN: ANSUR AHMED 7633 GRAND RIDGE ROAD COLUMBUS, GA 31904 | ATTN: ANSUR AHMED EMAIL: ANSUR.AHMED@OUTLOOK.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $3,760,000.00 |
| 4 | SOPRIS-BITCOIN DEPOT INVESTORS LLC ATTN: DAN WEDMAN 409 ASPEN AIRPORT BUSINESS CENTER SUITE B ASPEN, CO 81612 | ATTN: DAN WEDMAN EMAIL: DWEDMAN@SOPRISCAPITAL.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $2,000,000.00 |
| 5 | KIRKLAND & ELLIS LLP ATTN: THOMAS LAUGHLIN 333 W WOLF POINT PLAZA CHICAGO, IL 60654 | ATTN: THOMAS LAUGHLIN EMAIL: THOMAS.LAUGHLIN@KIRKLAND.COM PHONE NUMBER: T +1 214 972 1663  M +1 214 926 5353 | LEGAL SERVICES | C, U, D | | | $1,939,141.05 |
| 6 | LATHAM & WATKINS LLP ATTN: STEVEN STOKDYK 555 WEST FIFTH ST SUITE 300 LOS ANGELES, CA 90013-1020 | ATTN: STEVEN STOKDYK EMAIL: STEVEN.STOKDYK@LW.COM PHONE NUMBER: D: +1-213-891-7421 | M: +1-310-993-9093 | LEGAL SERVICES | C, U, D | | | $1,000,000.00 |
| 7 | BIBBEO LTD ATTN: MILES POWER 24340 E GLASGOW DR AURORA, CO 80016 | ATTN: MILES POWER EMAIL: POWER.M@BIBBEO.COM PHONE NUMBER: 269-903-1309 | INSTALLATION | C, U, D | | | $892,023.69 |
| 8 | GOOGLE LLC ATTN: KILLY WINZ 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW, CA 94043 | ATTN: KILLY WINZ EMAIL: KILLYW@GOOGLE.COM PHONE NUMBER: 720-289-9910 | OTHER OPERATING EXPENSES | C, U, D | | | $715,334.81 |
| 9 | GREENBERG TRAURING, LLC ATTN: JENA VALDETERO 8400 NW 36TH STREET SUITE 400 DORAL, FL 33166 | ATTN: JENA VALDETERO EMAIL: JENA.VALDETERO@GTLAW.COM PHONE NUMBER: T +1 312-456-1025 / C 2024310288 | LEGAL SERVICES | C, U, D | | | $611,019.41 |
| 10 | SECRETARIAT ADVISORS LLC ATTN: CHRIS MCKAY 1175 PEACHTREE ST NE 100 COLONY SQ SUITE 400 ATLANTA, GA 30361 | ATTN: CHRIS MCKAY EMAIL: CMCKAY@SECRETARIAT-INTL.COM PHONE NUMBER: +1 818 307 3314 | LEGAL SERVICES | C, U, D | | | $261,550.00 |
| 11 | CONSILIO INC. ATTN: MATT SIMMONS DEPT CH 17174 PALATINE, IL 6005 | ATTN: MATT SIMMONS EMAIL: MATT.SIMMONS@CONSILIO.COM | LEGAL SERVICES | C, U, D | | | $235,920.24 |
| 12 | LOOMIS ATTN: STEVE MORRIS 2500 CITYWEST BLVD. STE. 2300 HOUSTON, TX 77042 | ATTN: STEVE MORRIS EMAIL: STEVE.MORRIS@US.LOOMIS.COM PHONE NUMBER: 901-463-0827 | ARMORED TRANSPORT | C, U, D | | | $223,231.41 |

Debtor: Bitcoin Depot Inc. et al.                                                                                      Case number (if known) 26-_____ ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 13 | OPTCONNECT ATTN: MATT WARNER 854 WEST 450 NORTH #4 KAYSVILLE, UT 84037 | ATTN: MATT WARNER EMAIL: MATT.WARNER@OPTCONNECT.COM PHONE NUMBER: 801-645-3254 | WIRELESS | C, U, D | | | $222,157.47 |
| 14 | COBRA CAPITAL PARTNERS LLC ATTN: HAMZEE KADDOURA 442 KINGSBURY AVE DEARBORN, MI 48128 | ATTN: HAMZEE KADDOURA EMAIL: HAMZEE47@GMAIL.COM | PROFIT SHARE AGREEMENT | C, U, D | | | $212,000.00 |
| 15 | DENTONS CANADA LLP ATTN: GREG MCNAB 77 KING STREET WEST TORONTO-DOMINION CENTRE, SUITE 400 TORONTO, ON M5K 0A1 CANADA | ATTN: GREG MCNAB EMAIL: GREG.MCNAB@DENTONS.COM PHONE NUMBER: +1 416 863 4492 | LEGAL SERVICES | C, U, D | | | $201,638.90 |
| 16 | ATM TOKEN GROUP SERVICES LTD. ATTN: SHELVIN PRASAD 1285 WEST BROADWAY SUITE 600 VANCOUVER, BC V6H 3X8 CANADA | ATTN: SHELVIN PRASAD EMAIL: SHELVIN@ATMTOKEN.COM PHONE NUMBER: 403-830-0710 | INSTALLATION & MAINTENANCE | C, U, D | | | $182,988.73 |
| 17 | GARDAWORLD ATTN: DARREN GARBUTT 2000 NW CORPORATE BLVD BOCA RATON, FL 33431 | ATTN: DARREN GARBUTT EMAIL: DARREN.GARBUTT@GARDA.COM | ARMORED TRANSPORT | C, U, D | | | $181,767.82 |
| 18 | BURROUGHS ATTN: CHRIS ADAMSON P.O. BOX 72409 CLEVELAND, OH 44192 | ATTN: CHRIS ADAMSON EMAIL: CHRIS.ADAMSON@BURROUGHS.COM PHONE NUMBER: 647-982-6158 | MAINTENANCE | C, U, D | | | $175,679.05 |
| 19 | ELLIPTIC INC. ATTN: DAVE HOMANKO 1632 1ST AVENUE #23346 NEW YORK, NY 10128 | ATTN: DAVE HOMANKO EMAIL: DAVE.HOMANKO@ELLIPTIC.CO | INFORMATION TECHNOLOGY | C, U, D | | | $173,250.00 |
| 20 | TROUTMAN PEPPER LOCKE LLP ATTN: DOMINIC CERVONI 600 PEACHTREE STREET, NE SUITE 3000 ATLANTA, GA 30308 | ATTN: DOMINIC CERVONI EMAIL: DOMENIC.CERVONI@TROUTMAN.COM PHONE NUMBER: 212-912-2722 | LEGAL SERVICES | C, U, D | | | $157,626.73 |
| 21 | DEEL, INC ATTN: JOEY ASAMOAH 425 1ST STREET SAN FRANCISCO, CA 94105-4621 | ATTN: JOEY ASAMOAH EMAIL: JOEY.ASAMOAH@DEEL.COM | PEO | C, U, D | | | $128,038.00 |
| 22 | WOLF & COMPANY, P.C. ATTN: MARISSA A. SCICCHITANO 255 STATE STREET BOSTON, MA 02109 | ATTN: MARISSA A. SCICCHITANO EMAIL: MSCICCHITANO@WOLFANDCO.COM | ACCOUNTING & AUDITING | C, U, D | | | $123,000.00 |
| 23 | BRINKS CANADA LIMITED ATTN: TY BURCH 95 BROWN'S LINE ETOBICOKE, ON M8W 3S2 CANADA | ATTN: TY BURCH EMAIL: TYNAN.BURCH@BRINKS.COM PHONE NUMBER: 289-440-0476 | ARMORED TRANSPORT | C, U, D | | | $122,335.28 |
| 24 | DONNELLEY FINANCIAL, LLC ATTN: RYAN WARD 35 W. WACKER DRIVE CHICAGO, IL 60601 | ATTN: RYAN WARD EMAIL: RYAN.T.WARD@DFINSOLUTIONS.COM PHONE NUMBER: 508-728-9960 | OTHER OPERATING EXPENSES | C, U, D | | | $105,895.00 |
| 25 | GARRISON MANAGEMENT GROUP, LLC DBA AXADVOCACY, LLC ATTN: NICK MADDUX 800 W 47TH ST STE 200 KANSAS CITY, MO 64112 | ATTN: NICK MADDUX EMAIL: NMADDUX@AXIOMSTRATEGIES.COM PHONE NUMBER: 417-594-0029 | LEGAL SERVICES | C, U, D | | | $100,000.00 |
| 26 | PROFESSIONALS WORLD LLC ATTN: YOUSEF AZZAM 1072 MADISON CHASE #7 WEST PALM BEACH, FL 33411 | ATTN: YOUSEF AZZAM EMAIL: YOUSEF@PROS-WORLD.COM | OTHER OPERATING EXPENSES | C, U, D | | | $98,010.73 |
| 27 | DAC GROUP / CHICAGO, INC. ATTN: GEMMA GIBSON P.O. BOX 842862 BOSTON, MA 02284-2870 | ATTN: GEMMA GIBSON EMAIL: GGIBSON@DACGROUP.COM PHONE NUMBER: 872-270-0964 | MARKETING | C, U, D | | | $93,906.41 |
| 28 | LALCHANDANI SIMON PL ATTN: KUBS LALCHANDANI 25 SE 2ND AVE SUITE 1020 MIAMI, FL 33131 | ATTN: KUBS LALCHANDANI EMAIL: KUBS@LSLAWPL.COM | LEGAL SERVICES | C, U, D | | | $91,105.90 |

Official Form 204                           Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims                           Page 2

Debtor: <u>Bitcoin Depot Inc. et al.</u>                                                                                    Case number (if known) 26-_____ (   )

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 29 BPO HIVE LLC<br>ATTN: ABDULLAH M.<br>STREET 2, EL WAHA<br>NASR CITY, CAIRO, 11577<br>EGYPT | ATTN: ABDULLAH M.<br>EMAIL: ABDULLAH@BPOHIVE.COM<br>PHONE NUMBER: (+20)114 190 8557 | MARKETING | C, U, D | | | $78,237.81 |
| 30 CUMMINS-ALLISON CORP<br>ATTN: JAMES REEVES<br>852 FEEHANVILLE<br>MT PROSPECT, IL 60056 | ATTN: JAMES REEVES<br>EMAIL: JAMES.REEVES@CRANEPI.COM | OTHER OPERATING EXPENSES | C, U, D | | | $78,208.62 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BITCOIN DEPOT INC., *et al.*, | ) | Case No. 26 – [_____] (__) |
| | ) | |
| Debtors.[1] | ) | Joint Administration Requested |
| | ) | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following

are all of the ownership interests in Bitcoin Depot Inc. ("***Bitcoin Depot***") and its affiliated debtors,

who are each debtors and debtors in possession in the above-captioned cases

(collectively, the "***Debtors***").  Bitcoin Depot, on behalf of itself and the Debtors, hereby states as

follows:

1.  The following entities own 10% or more of the equity interests of Bitcoin Depot:[2]

| Corporate Equity Holder | Address of Corporate Equity Holder | Type/Class of Interest | Percentage of Equity Held |
|---|---|---|---|
| BD Investment Holdings II LLC | 500 Westover Dr #32474 Sanford, NC 27330 | Class M | 100% |
| Cede & Co. | 570 Washington Blvd Jersey City, NJ 07310 | Class A | 87.496% |

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bitcoindepot.  The location of the Debtors' corporate headquarters is:  8601 Dunwoody Place, Sandy Springs, Georgia 30350.

[2]   Equity positions indicate the record holders of such equity as of March 31, 2026.

2. Bitcoin Depot owns 100% of the equity interests of Kutt, Inc.

3. Bitcoin Depot owns 100% of the equity interests of BCD Merger Sub LLC, which in turn owns 100% of the equity interests of BT HoldCo LLC.

4. BT HoldCo LLC owns 100% of the equity interests of Kiosk HoldCo LLC, which in turn owns 100% of the equity interests of the following entities:

    a.  Bitcoin Depot Operating LLC;

    b.  Cash Ramp LLC; and

    c.  MCA Services Group, LLC.

5. Bitcoin Depot Operating LLC owns 100% of the equity interests of the following entities:

    a.  Intuitive Software LLC;

    b.  Lux Vending Kiosk, LLC; and

    c.  Mintz Assets, Inc.

6. Intuitive Software LLC owns 100% of the equity interests of Digital Gold Ventures Inc.

7. Mintz Assets, Inc. owns 100% of the equity interests of the following entities:

    a.  BTM International Holdings 1 LLC;

    b.  BTM International Holdings II LLC;

    c.  Express Vending Inc.; and

    d.  Kiosk Technicians, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LUX VENDING KIOSK, LLC, | ) |
| | ) Case No. 26 – [_____] (_) |
| Debtor. | ) |
| | ) (Joint Administration Requested) |
| | ) |

**LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all known holders having a direct or indirect ownership interest of the above captioned debtor in possession:

| Corporate Equity Holder | Address of Corporate Equity Holder | Percentage of Equity Held |
|---|---|---|
| Bitcoin Depot Operating LLC | 2870 Peachtree Road #327 Atlanta, GA 30305 | 100% |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Lux Vending Kiosk, LLC_____

United States Bankruptcy Court for the: ___Southern_____ District of ___Texas_____
                                                                                          (State)

Case number (*If known*): ___26-[____]_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration___Corporate Ownership Statement; List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/18/2026___          ✘ _/s/ W. Alexander Holmes_____
                 MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                        ___W. Alexander Holmes_____
                                        Printed name

                                        _Manager_____
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**